

ATTORNEYS AT LAW

Main Office:
91. N. Franklin Street
Suite 108
Hempstead, New York 11550
Tel.: 516/280.4600
Fax: 516/280.4600
MFLawNY.com

Marcus Monteiro
516/280.4600 ext. 107
mmonteiro@mflawny.com

February 20, 2019

**BY E-FILING**
Honorable Joanna Seybert
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  RE: *Jose Peraza v. George Dimou et al.*
     CV: 18-CV-42(JS)(ARL)

Dear Judge Seybert:

  I represent the Plaintiff in this FLSA case. On December 3, 2018, Plaintiff filed the Negotiated Settlement Agreement (the Agreement), for C*heeks* approval. On February 12, 2019, the Agreement was denied for the sole basis that it contains a non-disparagement provision without a carve-out for truthful statements.

  The Parties have both consulted with their clients and we have both obtained approval from our clients to entirely strike out the non-disparagement provision and have indicated their approval in the document itself. *See* pg. 10, para.14

  Accordingly, we respectfully ask that the Negotiated Settlement Agreement now be approved. The parties jointly thank the Court for its time and courtesy in considering this request.

              Respectfully submitted,

              MONTEIRO & FISHMAN LLP

              /s/
              Marcus Monteiro